IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY GATES                                                                                      PLAINTIFF

v.   Civil No. 6:17-CV-06062-PKH-BAB

SHERIFF MIKE CASH and JAIL                                                              DEFENDANTS
ADMINISTRATOR KEN FAIN.

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 8th day of September 2017.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE